NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARNER CHILCOTT LABORATORIES IRELAND LIMITED, WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC, AND MAYNE PHARMA INTERNATIONAL PTY. LTD.,**
*Plaintiffs-Appellees,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants.*

---

2011-1611

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-2073, Judge William J. Martini.

---

## ON MOTION

---

## ORDER

Upon consideration of the September 29, 2011 order expediting briefing on the merits of this appeal,

IT IS ORDERED THAT:

Oral argument for the merits of the appeal is scheduled to be held at 10 a.m., November 22, 2011, in Courtroom 201. The parties shall notify the clerk in writing of the name of the counsel who will present oral argument no later than November 7, 2011.

FOR THE COURT

__SEP 3 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William J. Heller, Esq.
    Larry J. Shatzer, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK